1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   KEVIN BURNS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. F 94-05047 OWW |
| ) | |
| Plaintiff, ) | **ORDER REDUCING SENTENCE PURSUANT** |
| ) | **TO 18 U.S.C. § 3582(c)(2)** |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| KEVIN BURNS, ) | **REDUCTION CASE** |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on February 14, 2008. The motion was set for hearing on February 25, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

The parties agree, and the Court finds, that Mr. Burns is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 36 to 34.

IT IS HEREBY ORDERED that, effective March 3, 2008, the term of imprisonment originally imposed is reduced to time served;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

1  Unless otherwise ordered, Mr. Burns shall report to the United
2  States Probation office closest to the release destination within
3  seventy-two hours.
4  Dated:  February 22, 2008

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
United States District Judge

ORDER REDUCING SENTENCE
-2-