# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| KEVIN BURNS ) | Case No:  1:94CR05047-002 OWW |
| ) | USM No:  14226-047 |
| Date of Previous Judgment:  8/19/1996 ) | David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X the defendant   ❏ the Director of the Bureau of Prisons   ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❏ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  235 months  months **is reduced to**  time served  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:     36             Amended Offense Level:     34
Criminal History Category:  III            Criminal History Category:  III
Previous Guideline Range:   235  to  293  months   Amended Guideline Range:   188  to  235  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
❏  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏  Other (explain):

**III. ADDITIONAL COMMENTS**

Stipulated to by the government.

Except as provided above, all provisions of the judgment dated  8/19/1996  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  February 22, 2008                     /s/ OLIVER W. WANGER
                                                   Judge's signature

Effective Date:  March 3, 2008                     Oliver W. Wanger, U. S. District Judge
         (if different from order date)                Printed name and title